STATE OF CONNECTICUT *v.* GREGORY SMITH

The defendant's petition for certification for appeal from the Appellate Court, 88 Conn. App. 275 (AC 24384/ AC 24418), is denied.

*William B. Westcott,* special public defender, in support of the petition.

*Susann E. Gill,* senior assistant state's attorney, in opposition.

Decided May 17, 2005

KENNETH CLARK *v.* COMMISSIONER OF CORRECTION

The respondent's petition for certification for appeal from the Appellate Court, 88 Conn. App. 178 (AC 24683), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the extradition warrant in the present case was void and that the extradition was governed by General Statutes § 54-161?"

The Supreme Court docket number is SC 17434.

*Robert J. Scheinblum,* assistant state's attorney, in support of the petition.

*Kent Drager,* senior assistant public defender, in opposition.

Decided May 17, 2005